

## Kankakee County Sheriff's Police
Michael D. Downey, Sheriff

To whom it may concern:

    Roddis, Ryan (#510140) is a Federal detainee here at Jerome Combs Detention Center that has been incarcerated since September 30th, 2020. Detainee Roddis, Ryan was asked to be a Laundry trustee on April 21st, 2022. A Laundry trustee's main duties include organizing laundry orders for the housing units ensuring all sizes and quantities are correct before sending them to the units, Washing folding and inventorying worn uniforms and washing the facility whites for the jail population. His trustee duties are currently ongoing at the time of this letter on July 17, 2025 for a total of 1022 days and counting. During his time, he has also helped out with other projects in the facility that were not part of his assigned laundry detail. He also intercepted contraband and provided it to officers before it could be distributed to an inmate in the jail. He has not had any incidents while being housed at our facility at the time of this letter.

Sincerely,

Sgt. R. Bartucci

Classification Supervisor

3000 South Justice Way • Kankakee, Illinois 60901-8262
911 Emergency
(815) 802-7100 - Administration
Fax (815) 802-7101
E-mail: mdowney@k3county.net